UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81004-DMM

ARMOR SCREEN CORPORATION,

        Plaintiff,

vs.

RELX, INC.,

        Defendant.
_____/

**UNOPPOSED MOTION FOR MORGAN K. NAPIER TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission, Practice, Peer Review and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Morgan K. Napier, of the law firm of Faruki PLL, 110 North Main Street, Suite 1600, Dayton, OH 45402, (937) 227-3719, for purposes of appearance as counsel on behalf of Defendant RELX Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Morgan K. Napier to receive electronic filings in this case, and in support thereof states as follows:

        1.    Morgan K. Napier is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the Supreme Court of Ohio and United States District Court for Southern District of Ohio.

        2.    Morgan K. Napier is an associate at Faruki PLL, which has been retained to serve as counsel in this matter for RELX Inc.

3. Movant, Deanna K. Shullman, of the law firm of Shullman Fugate PLLC, 2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411, (561) 429-3619, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Morgan K. Napier has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

5. Morgan K. Napier, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Morgan K. Napier at e-mail address: mnapier@ficlaw.com.

WHEREFORE, Deanna K. Shullman respectfully moves this Court to enter an Order permitting Morgan K. Napier to appear before this Court as counsel on behalf of Defendant RELX Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filings to Morgan K. Napier.

### **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose the relief requested herein.

Dated: June 17, 2021                    Respectfully submitted,

                                            **Deanna K. Shullman**
Deanna K. Shullman
Florida Bar No. 514462
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL  33411
Tel: (561) 429-3619
dshullman@shullmanfugate.com

*Attorney for Defendant
RELX INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81004-DMM

ARMOR SCREEN CORPORATION,

      Plaintiff,

vs.

RELX, INC.,

      Defendant.

_____/

## CERTIFICATION OF MORGAN K. NAPIER

I, Morgan K. Napier, pursuant to Rule 4(b) of the Special Rules Governing the Admission, Practice, Peer Review and Discipline of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the Supreme Court of Ohio and United States District Court for Southern District of Ohio; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

Dated:  June 17, 2021

**Morgan K. Napier**
Morgan K. Napier (Ohio Bar No. 0099190)
FARUKI PLL
110 North Main Street
Suite 1600
Dayton, OH  45402
Telephone: (937) 227-3719
Fax: (937) 227-3717
mnapier@ficlaw.com

Attorney for Defendant
RELX INC.

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 17, 2021, I caused a true and correct copy of the foregoing Unopposed Motion for Morgan K. Napier to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings to be electronically filed with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record in this case via electronic email:

    Michael D. Smith, Esq.
    Law Office of Michael D. Smith, P.C.
    231 South LaSalle Street
    Suite 2100
    Chicago, IL 60604
    msmith@smithlawchicago.com

    Joseph A. Grant, Esq.
    The Law Office of Joseph Grant, P.A.
    2744 Hillsboro Road
    West Palm Beach, FL 33405
    joseph@josephgrantlaw.com

    Attorneys for Plaintiff
    Armor Screen Corporation

                                              **Deanna K. Shullman**
                                              Deanna K. Shullman (FBN 514462)

1499234.1