**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:21-cv-81004-DMM

ARMOR SCREEN CORPORATION,

    Plaintiff,

vs.

RELX, INC.,

    Defendant.
_____/

**ORDER GRANTING MOTION OF MORGAN K. NAPIER TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Morgan K. Napier, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Morgan K. Napier, may appear and participate in this action on behalf of RELX Inc. The Clerk shall provide electronic notification of all electronic filings to Morgan K. Napier, at mnapier@ficlaw.com.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of June, 2021.

 

                                                                                    DONALD M. MIDDLEBROOKS
                                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record