**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No: 21-81004-CV-MIDDLEBROOKS

ARMOR SCREEN CORP.,

    Plaintiff,

v.

RELX, INC.,

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED**
**<u>MOTION FOR WITHDRAWAL OF COUNSEL</u>**

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to Withdraw James M. Slater as counsel for Defendant. (DE 18). The motion explains that Mr. Slater is no longer affiliated with Shullman Fugate PLLC, and that other counsel with the law firm will continue the representation of the Defendant. The Court having considered the Motion and for good cause having been shown, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendants Motion to Withdraw James M. Slater as counsel (DE 18) is **GRANTED**.

2. Attorney James M. Slater shall no longer have any responsibility for this matter. Defendants will continue to be represented by attorneys at Shullman Fugate PLLC.

3. The Parties are advised that this withdrawal of counsel shall not affect pending litigation deadlines in this matter.

**SIGNED** in Chambers at West Palm Beach, Florida this 5th day of August, 2021.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record